IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:12-CR-_92-CAR_ |
| | : |
| v. | : VIOLATION: 21 U.S.C.§ 841(a)(1) |
| | : 21 U.S.C.§841(b)(1)(C) |
| JIMMY LEE HILLIARD | : 18 U.S.C.§ 924(c) |
| | : 18 U.S.C.§ 922(g)(1) |
| | 18 U.S.C.§ 924(a) |

THE GRAND JURY CHARGES:

## COUNT ONE
## POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

That on or about April 17, 2012, in the Macon Division of the Middle District of Georgia,

**JIMMY LEE HILLIARD**

aided and abetted by others unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: a mixture and substance containing methamphetamine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18 United States Code, Section 2.

## COUNT TWO
## POSSESSION OF A FIREARM IN THE FURTHERANCE OF DRUG TRAFFICKING OFFENSE

That on or about April 17, 2012, in the Macon Division of the Middle District of Georgia,

**JIMMY LEE HILLIARD**

aided and abetted by others unknown to the Grand Jury, did possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: the offense set forth in Count One of this Indictment, to-wit: one (1) Davis Industries, model P380, .380 caliber, semi-automatic pistol, serial number AP117741 in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

## COUNT THREE
## POSSESSION OF A FIREARM BY A CONVICTED FELON

That on or about April 17, 2012, in the Macon Division of the Middle District of Georgia,

**JIMMY LEE HILLIARD**

having been convicted of crimes punishable by imprisonment for a term exceeding one (1) year, did knowingly receive and possess a firearm in and affecting interstate and foreign commerce, that is, one (1) Davis Industries, model P380, .380 caliber, semi-automatic pistol, serial number AP117741; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE
## 18 U.S.C. § 924(d) and 21 U.S.C. § 853 – CRIMINAL FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), and Title 21, United States Code, 853.

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2) set forth in Count Three of this Indictment, the defendant,

**JIMMY LEE HILLIARD**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and/or Title 21, United States Code, Section 853, any firearm and ammunition involved in the commission of the offense(s).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon exercise of due diligence;

    (b) has been transferred, sold to or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and/or Title 18, United States Code, Section 924(d), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. §924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

A TRUE BILL.

s/FOREPERSON OF THE GRAND JURY

PRESENTED BY:
MICHAEL J. MOORE
UNITED STATES ATTORNEY

CHARLES L. CALHOUN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* \_\_\_15\_\_\_ *day of*
\_\_November_____ *A.D. 20*\_12\_\_
\_\_Debi Boone_____
                                        *Clerk*